**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-mj-01164-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RUOCHONG WANG,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on March 15, 2016, it is hereby

ORDERED that Defendant Ruochong Wang is sentenced to **TIME SERVED, 1 year supervised release.**

Dated:   March 15, 2016.

                                    BY THE COURT:

                                    /s/   R. Brooke Jackson
                                    R. BROOKE JACKSON,
                                    UNITED STATES DISTRICT JUDGE